UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:09-cv-229-FTM-29 SPC

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

Vs.

FOUNDING PARTNERS CAPITAL MANGEMENT,
CO., and WILLIAM L. GUNLICKS,

      Defendants,

SUN CAPITAL, INC.,
SUN CAPITAL HEALTHCARE, INC.,
FOUNDING PARTNERS STABLE-VALUE FUND, LP,
FOUNDING PARTNERS STABLE-VALUE FUND II, LP,
FOUNDING PARTNERS GLOBAL FUND, LTD, and
FOUNDING PARTNERS HYBRID-VALUE FUND, LP,

      Relief Defendants.

_____/

**DEFENDANT WILLIAM L. GUNLICKS'
RENEWED EMERGENCY MOTION TO MODIFY THE ASSET FREEZE
AND MEMORANDUM OF LAW**

      Defendant William L. Gunlicks, through undersigned counsel, hereby renews his

motion for a modification of this Court's Order freezing all of his personal assets.  As

grounds for this renewed Motion, Mr. Gunlicks states as follows:

## I.    PROCEDURAL HISTORY AND FACTUAL BACKGROUND

      On April 20, 2009, the Securities and Exchange Commission ("SEC") sought and

obtained an Order Freezing Assets and Other Emergency Relief ("Asset Freeze Order").

Docket Entry ("D.E.") 10.  Specifically, the Asset Freeze Order imposed a blanket asset freeze on all funds and assets belonging to Mr. Gunlicks.  D.E. 10.  In response to the Asset Freeze Order, Mr. Gunlicks filed an Emergency Motion to Amend and/or Modify Order Freezing Assets and Other Emergency Relief.  D.E. 43.  The Court heard oral argument on May 5, 2009.  On May 7, 2009, the Court entered an Order denying Mr. Gunlicks' Motion, but holding that the Court had discretion to modify the asset freeze order and granting leave to Mr. Gunlicks to file a renewed motion for modification of the asset freeze if "factual support is adequately demonstrated."  D.E. 56, at 10.  The Court further deemed $5,912,500.00 to be the amount that must be frozen to protect investors "in the absence of the presentation of a more specific figure by the SEC."  D.E. 56 at 8-9. At this time, Mr. Gunlicks requests that the Court unfreeze any assets belonging to him that exceed the $5,912,500.00 figure.

## II.    THE ASSET FREEZE SHOULD BE MODIFIED AS TO ASSETS VALUED IN EXCESS OF $5,912,500

Mr. Gunlicks is prepared to pledge his investments, described in paragraphs six through eleven of his Declaration, to satisfy the amount of assets that must be frozen pursuant to the Court's May 7, 2009 Order.  Declaration of William L. Gunlicks Personal Assets attached hereto as Exhibit A.  These assets are valued well above the $5,912,500 figure identified by the Court.  In fact, Mr. Gunlicks values these assets at approximately $6,457,938, which far exceeds the amount of assets that need to be frozen to protect investors.  *See* Gunlicks Asset Declaration at ¶¶ 6-11.  Because Mr. Gunlicks does not have access to Founding Partners Capital Management Co.'s ("FP") office in Naples,

Florida or even his computer or emails, he can only provide an estimate (based on his memory) of his assets.  *See* Gunlicks Asset Declaration at ¶ 5.  As a result, he is prepared to pledge more assets than required to satisfy the amount of the asset freeze.

Accordingly, Mr. Gunlicks requests that this Court enter an order determining that the assets described in paragraphs six through eleven of his Affidavit are sufficient to satisfy the amount required to be frozen.  Mr. Gunlicks further requests that this Court lift the Asset Freeze Order as it relates to the assets described in paragraphs twelve through seventeen of Mr. Gunlicks Declaration.  *See* Gunlicks Asset Declaration.

**III.    ALTERNATIVELY, THE ASSET FREEZE SHOULD BE MODIFIED TO PERMIT PAYMENT OF EXPENSES TO PRESERVE ASSETS, LIVING EXPENSES, AND ATTORNEYS' FEES**

The Asset Freeze Order has made it impossible for Mr. Gunlicks to preserve assets.  Namely, Mr. Gunlicks and his wife own five pieces of real estate that need to be preserved.  *See* Declaration of William L. Gunlicks regarding Expenses attached hereto as Exhibit B.  Specifically, as detailed in Mr. Gunlicks Declaration, he needs $21,693.35 a month to preserve his real estate properties.  *See* Gunlicks Expenses Declaration at ¶ 14.

Additionally, the Asset Freeze Order has left Mr. Gunlicks, the sole income earner in his household, unable to provide basic necessities for himself and his wife.  *See* Gunlicks Expenses Declaration at ¶¶ 7 and 23.   Specifically, Mr. Gunlicks needs approximately $2943 a month to purchase food and pay bills necessary to maintain shelter for his family.  *See* Gunlicks Expenses Declaration at ¶ 20.

The asset freeze also precludes Mr. Gunlicks from presenting an adequate defense in this case.  It would be an extreme hardship to deny Mr. Gunlicks the ability to pay for an attorney.  Mr. Gunlicks needs $75,000 to pay the initial retainer for the services of the law firm of Carlton Fields, P.A.  *See* Gunlicks Expenses Declaration at ¶ 21.

Accordingly, Mr. Gunlicks requests that if the Asset Freeze Order is not lifted as described in Section II supra, this Court modify the Asset Freeze Order to permit Mr. Gunlicks funds to preserve assets, provide for his family's living expenses, and pay attorneys' fees.

Undersigned counsel has attempted to negotiate acceptable allowances with the SEC.  To date, the parties have been unable to agree.

For stated reasons, William L. Gunlicks request that the Court lift the freeze order as to his personal assets that exceed the $5,912,500 figure and/or modify the Asset Freeze Order to provide him with the ability to pay for expenses related to the preservation of assets, living expenses, and attorneys' fees.

Respectfully submitted,

s/ Walter J. Taché
Walter J. Taché
Florida Bar No. 028850
Paul Calli
Florida Bar No. 994121
Marissel Descalzo
Florida Bar No. 0669318
CARLTON FIELDS
100 S.E. 2ND STREET, SUITE 4000
Miami, Florida  33131
Telephone:  (305) 530-0500
Facsimile:  (305) 530-0055
Attorneys for William Gunlicks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing, as well as by email to all counsel.

**SERVICE LIST**

Leyza F. Blanco, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Email: Leyza.Blanco@gray-robinson.com
*Court-appointed Receiver for Defendant*
*Founding Partners Capital Management, Co.,*
*and Relief Defendants,*
*Founding Partners Stable-Value Fund, LP,*
*Founding Partners Stable-Value Fund, LP,*
*Founding Partners Stable-Value Fund II, LP,*
*Founding Partners Global Value Fund Ltd.,*
*and Founding Partners Hybrid-Value, LP*
Service by CM/ECF Electronic Notice

Alissa M. Ellison, Esq.
GrayRobinson, P.A.
201 North Franklin Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 273-5000
Facsimile: (813) 273-5145
Email: AEllison@gray-robinson.com
*Co-counsel for Receiver*
Service by CM/ECF Electronic Notice

Frederick S. Schrils, Esq.
GrayRobinson, P.A.
201 North Franklin Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 273-5000
Facsimile: (813) 273-5145
Email: fschrils@gray-robinson.com
*Counsel for Receiver*
Service by CM/ECF Electronic Notice

C. Read Sawczyn, Esq.
GrayRobinson, P.A.
201 North Franklin Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 273-5000
Facsimile: (813) 273-5145
Email: rsawczyn@gray-robinson.com
*Co-counsel for Receiver*
Service by CM/ECF Electronic Notice

Sarah S. Gold, Esq.
Proskauer Rose LEP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: sgold@proskauercom
*Counsel for Relief Defendants*
*Sun Capital, Inc. and*
*Sun Capital Healthcare, Inc.*
Service by CM/ECF Electronic Notice

C. Ian Anderson
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Service by CM/ECF Electronic Notice
E-mail: andersonci@sec.gov
*Counsel for Securities and Exchange*
*Commission*
Service by CM/ECF Electronic Notice

Frank Terzo, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
Email: Frank.Terzo@gray-robinson.com
*Counsel for Court-appointed Receiver*
Service by CM/ECF Electronic Notice

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by U.S. Mail and email to the following non-CM/ECF participants:

Vincent Paparo, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3125
Facsimile: (212) 969-2900
Email: vpaparo@proskauercom
*Counsel for Relief Defendants Sun Capital,*
*Inc. and Sun Capital Healthcare, Inc.*

_s/ Walter Taché_____
 Walter Taché
Attorney at Law