UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:09-cv-229-FTM-29 SPC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

Vs.

FOUNDING PARTNERS CAPITAL MANGEMENT,
CO., and WILLIAM L. GUNLICKS,

    Defendants,

SUN CAPITAL, INC.,
SUN CAPITAL HEALTHCARE, INC.,
FOUNDING PARTNERS STABLE-VALUE FUND, LP,
FOUNDING PARTNERS STABLE-VALUE FUND II, LP,
FOUNDING PARTNERS GLOBAL FUND, LTD, and
FOUNDING PARTNERS HYBRID-VALUE FUND, LP,

    Relief Defendants.
_____/

**DEFENDANT WILLIAM L. GUNLICKS'
MOTION FOR ORDER AUTHORIZING DISBURSEMENT OF FUNDS FROM
<u>NORTH SHORE COMMUNITY BANK AND TRUST</u>**

Defendant William L. Gunlicks, through undersigned counsel, hereby files this Motion for Order Authorizing Disbursement of Funds from North Shore Community Bank and Trust pursuant to this Court's Order dated July 14, 2009 [D.E. 117], and in support thereof, states as follows:

On April 20, 2009, this Court entered an Order Freezing Assets and Other Emergency Relief (the "asset freeze order").  [D.E. 10].  On July 14, 2009, this Court entered an order modifying the asset freeze order (the "Order").  [D.E. 117]  Specifically, the Order released "$3,000 per month from the frozen assets of defendant [Mr. Gunlicks] … for the payment of

ordinary living expenses." [D.E. 117] at 5.  The Order further provided for the one-time payment of airfare for defendant and his wife to return to Naples, Florida. *Id*.  The Order also permitted the release of $75,000 to Carlton Fields, P.A. conditioned upon the in camera filing of monthly billing statements by Carlton Fields, P.A. for services rendered to Mr. Gunlicks.[1] *Id*.  Finally, the Order specifically stated that the aforementioned amounts were to be released from Mr. Gunlicks checking account at North Shore Community Bank and Trust. *Id.* at 6.

To date, Mr. Gunlicks has been unsuccessful in his attempts to obtain the first $3,000 installment for living expenses from North Shore Community Bank and Trust (the "Bank").  The Bank has been provided with a copy of the Order and undersigned counsel has had numerous conversations with Bank attorneys.  The Bank has resisted providing funds in absence of a more specific order.

Because Carlton Fields, P.A. has provided the Court with its monthly billing statements and Mr. Gunlicks is in desperate need of living expenses, Mr. Gunlicks requests that this Court enter an order specifically authorizing disbursement of funds from the Bank pursuant to this Court's Order dated July 14, 2009 [D.E. 117].  Specifically, Mr. Gunlicks requests an order directed at North Shore Community Bank and Trust to disburse $3,000 per month for Mr. Gunlicks living expenses, until further notice from the Court and the sum of $75,000 to Carlton Fields, P.A. for the payment of attorney's fees.

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with counsel for the Receiver, Jonathan Etra, who advised he did not object to our motion.  Undersigned counsel also contacted counsel for the SEC as to its position regarding this motion, however, at the time of filing this motion, undersigned counsel had not heard back.

---

[1] In accordance with this Court's Order, Carlton Fields, P.A. filed its monthly billing statements in camera on July 21, 2009. [D.E. 121].

CASE NO. 2:09-cv-229-FTM-29 SPC

WHEREFORE, Defendant William Gunlicks respectfully requests that this Court enter an order authorizing disbursement of funds from North Shore Community Bank and Trust pursuant to this Court's Order dated July 14, 2009.

> Respectfully submitted,
>
> s/ Marissel Descalzo
> Walter J. Taché
> Florida Bar No. 028850
> Paul Calli
> Florida Bar No. 994121
> Marissel Descalzo
> Florida Bar No. 0669318
> CARLTON FIELDS
> 100 S.E. 2ND STREET, SUITE 4000
> Miami, Florida 33131
> Telephone: (305) 530-0500
> Facsimile: (305) 530-0055
> Attorneys for William Gunlicks

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing, as well as by email to all counsel.

CASE NO. 2:09-cv-229-FTM-29 SPC

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| C. Ian Anderson<br>Securities and Exchange Commission<br>801 Brickell Avenue, Suite 1800<br>Miami, Florida 33131<br>Service by CM/ECF Electronic Notice<br>E-mail: andersonci@sec.gov<br>*Counsel for Securities and Exchange*<br>*Commission*<br>Service by CM/ECF Electronic Notice | Sarah S. Gold, Esq.<br>Vincent Paparo, Esq.<br>Proskauer Rose LEP<br>1585 Broadway<br>New York, New York 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>Email: sgold@proskauercom<br>*Counsel for Relief Defendants*<br>*Sun Capital, Inc. and*<br>*Sun Capital Healthcare, Inc.*<br>Service by CM/ECF Electronic Notice |
| Daniel S. Newman, Esq.<br>John Etra, Esq.<br>Broad and Cassel<br>2 South Biscayne Boulevard<br>Suite 2100<br>Miami, Florida 33131<br>305-373-9467<br>305-995-6387 (fax)<br>E-mail: dnewman@broadandcassel.com<br>*Court-appointed Receiver for Defendant*<br>*Partners Capital Management, Co., and Relief*<br>*Defendants, Founding Partners Stable-Value*<br>*Fund, LP, Founding Partners Stable-Value*<br>*Fund, LP, Founding Partners Stable-Value*<br>*Fund II, LP, Founding Partners*<br>*Global Value Fund Ltd., and Founding*<br>*Partners Hybrid-Value, LP* | |

_s/ Marissel Descalzo_____