# EXHIBIT A

FMS - 00938

Daniel Newman, Esq., Receiver
Broad and Cassel, 21st Floor, One Biscayne Tower, 2 S. Biscayne Blvd, Miami, FL 33131
305-373-9400

# STANDARDIZED FUND ACCOUNTING REPORT

## CIVIL - RECEIVERSHIP FUND

---

Consolidated Founding Partners Entities [1]
Civil Court Docket No. 2:09-cv-229-FtM-29SPC

Reporting Period 05/20/09 to 9/30/09

**Note 1**: Founding Partners Capital Management, Co. ("FPCMC"), Founding Partners Stable-Value Fund, LP ("SVF"), Founding Partners Stable-Value Fund II, LP ("SVFII"), Founding Partners Global Fund Ltd. ("Global"), and Founding Partners Hybrid-Value Fund, LP ("HVF") have been consolidated and are collectively referred to in this report as the "Consolidated Founding Partners Entities."

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities – Cash Basis
Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC
Reporting Period 05/20/09 to 9/30/09

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 5/20/2009): | $ - | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities (See Schedule 3.1) | 2,924,420.14 | | |
| Line 4 | Interest / Divided Income (See Schedule 4.1) | 4,598.55 | | |
| Line 5 | Business Asset Liquidation (See Schedule 5.1) | 8,365.75 | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other (See Schedule 8.1) | 577.93 | | |
| | **Total Funds Available (Lines 1-8)** | | $ 2,937,962.37 | $ 2,937,962.37 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses (See Schedule 10.1)* | 18,105.06 | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | *Third-Party Litigation Expenses (See Schedule 10.1)* | | | |
| | 1. Attorney Fees | 42,006.00 | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | 42,006.00 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| | Total Disbursements for Receivership Operations | | $ 60,111.06 | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice / Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance / Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution | | | |
| | (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | - | |
| Line 12 | Disbursements to Court / Other: | | | |
| Line 12a | *Investment Expenses / Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court / Other: | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | $ 60,111.06 |
| Line 13 | Ending Balance (As of 09/30/2009): (See Schedule 13.1) | | | $ 2,877,851.31 |

1

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities - Cash Basis
Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC
Reporting Period 05/20/09 to 9/30/09

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund - Net Assets** | | | $ 2,877,851.31 |
| Line 14a | Cash & Cash Equivalents | | | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund - Net Assets | | | $ 2,877,851.31 |

| OTHER SUPPLEMENTAL INFORMATION: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| |   1. Fees: | | | |
| |       Fund Administrator | | | |
| |       IDC | | | |
| |       Distribution Agent | | | |
| |       Consultants | | | |
| |       Legal Advisers | | | |
| |       Tax Advisers | | | |
| |   2. Administrative Expenses | | | |
| |   3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| |   1. Fees: | | | |
| |       Fund Administrator | | | |
| |       IDC | | | |
| |       Distribution Agent | | | |
| |       Consultants | | | |
| |       Legal Advisers | | | |
| |       Tax Advisers | | | |
| |   2. Administrative Expenses | | | |
| |   3. Investor Identification: | | | |
| |       Notice / Publishing Approved Plan | | | |
| |       Claimant Identification | | | |
| |       Claims Processing | | | |
| |       Web Site Maintenance / Call Center | | | |
| |   4. Fund Administrator Bond | | | |
| |   5. Miscellaneous | | | |
| |   6. Federal Account for Investor Restitution | | | |
| |      (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | **Disbursements to Court / Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses / CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | Total Disbursements for to Court / Other Not Paid by the Fund: | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims** | | | |
| Line 18a |   # of Claims Received This Reporting Period | | | |
| Line 18b |   # of Claims Received Since Inception of Fund | | | |
| Line 19 | **No. of Claimants / Investors** | | | |
| Line 19a |   # of Claimants / Investors Paid This Reporting Period | | | |
| Line 19b |   # of Claimants / Investors Paid Since Inception of Fund | | | |

FMS - 00941

## SCHEDULE 3.1

**STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities - Cash Basis**
Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC
Reporting Period 05/20/09 to 9/30/09

### DETAIL OF LINE 3, CASH AND SECURITIES

| Date | Bank Name | Account Name | Account Number | Ref | Payee | Purpose | Amount |
|---|---|---|---|---|---|---|---|
| 6/18/09 | Mellon Bank | HVF | 006-607316-7 | Deposit | Hybrid Value Fund | Transfer funds from Harris Bank | $ 185,561.92 |
| 6/19/09 | Mellon Bank | SVF | 006-607313-4 | Deposit | Stable Value Fund | Transfer funds from Harris Bank | 1,722,842.46 |
| 6/19/09 | Mellon Bank | SVFII | 006-607314-2 | Deposit | Stable Value Fund II | Transfer funds from Harris Bank | 621,988.76 |
| 6/30/09 | Mellon Bank | FPCMC | 006-607312-6 | Deposit | Founding Partners Capital Management Co. | Transfer funds from SunTrust Bank | 394,027.00 |
| | | | | | | | $ 2,924,420.14 |

**SCHEDULE 4.1**

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities - Cash Basis
Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC
Reporting Period 05/20/09 to 9/30/09

DETAIL OF LINE 4, INTEREST/DIVIDEND INCOME

| Date | Bank Name | Account Name | Account Number | Ref | Payee | Purpose | Amount |
|---|---|---|---|---|---|---|---|
| 6/30/09 | Mellon Bank | HVF | 006-607316-7 | Deposit | Hybrid Value Fund | Interest Income | $ 16.92 |
| 7/31/09 | Mellon Bank | HVF | 006-607316-7 | Deposit | Hybrid Value Fund | Interest Income | 41.18 |
| 8/31/09 | Mellon Bank | HVF | 006-607316-7 | Deposit | Hybrid Value Fund | Interest Income | 93.00 |
| 9/30/09 | Mellon Bank | HVF | 006-607316-7 | Deposit | Hybrid Value Fund | Interest Income | 159.35 |
| 6/30/09 | Mellon Bank | SVF | 006-607313-4 | Deposit | Stable Value Fund | Interest Income | 141.60 |
| 7/31/09 | Mellon Bank | SVF | 006-607313-4 | Deposit | Stable Value Fund | Interest Income | 365.84 |
| 8/31/09 | Mellon Bank | SVF | 006-607313-4 | Deposit | Stable Value Fund | Interest Income | 826.26 |
| 9/30/09 | Mellon Bank | SVF | 006-607313-4 | Deposit | Stable Value Fund | Interest Income | 1,416.96 |
| 6/30/09 | Mellon Bank | SVFII | 006-607314-2 | Deposit | Stable Value Fund II | Interest Income | 51.12 |
| 7/31/09 | Mellon Bank | SVFII | 006-607314-2 | Deposit | Stable Value Fund II | Interest Income | 132.08 |
| 8/31/09 | Mellon Bank | SVFII | 006-607314-2 | Deposit | Stable Value Fund II | Interest Income | 298.29 |
| 9/30/09 | Mellon Bank | SVFII | 006-607314-2 | Deposit | Stable Value Fund II | Interest Income | 511.46 |
| 7/31/09 | Mellon Bank | FPCMC | 006-607312-6 | Deposit | Founding Partners Capital Management Co. | Interest Income | 77.80 |
| 8/31/09 | Mellon Bank | FPCMC | 006-607312-6 | Deposit | Founding Partners Capital Management Co. | Interest Income | 172.30 |
| 9/30/09 | Mellon Bank | FPCMC | 006-607312-6 | Deposit | Founding Partners Capital Management Co. | Interest Income | 294.39 |
| | | | | | | | $ 4,598.55 |

## SCHEDULE 5.1

**STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities - Cash Basis**
Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC
Reporting Period 05/20/09 to 9/30/09

**DETAIL OF LINE 5, BUSINESS ASSET LIQUIDATION**

| Date | Bank Name | Account Name | Account Number | Ref | Payee | Purpose | Amount |
|---|---|---|---|---|---|---|---|
| 6/24/09 | Mellon Bank | HVF | 006-607316-7 | Deposit | Hybrid Value Fund | Return of Capital from Nite Capital | $ 8,365.75 |
| | | | | | | | $ 8,365.75 |

## SCHEDULE 8.1

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities - Cash Basis
Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC
Reporting Period 05/20/09 to 9/30/09

### DETAIL OF LINE 8, MISCELLANEOUS- OTHER

| Date | Bank Name | Account Name | Account Number | Ref | Payee | Purpose | Amount |
|---|---|---|---|---|---|---|---|
| 9/15/09 | Mellon Bank | FPCMC | 006-607312-6 | Deposit | Founding Partners Capital Management Co. | Office Depot Refund | $ 577.93 |
| | | | | | | | $ 577.93 |

## SCHEDULE 10.1

**STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities – Cash Basis**
Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC
Reporting Period 05/20/09 to 9/30/09

### DETAIL OF LINE 10b, BUSINESS ASSET EXPENSES

| Date | Bank Name | Account Name | Account Number | Ref/Chk # | Payee | Purpose | Amount |
|---|---|---|---|---|---|---|---|
| 9/16/09 | Mellon Bank | SVF | 006-607313-4 | Wire | Delaware Department of State | LP Tax | $ 371.00 |
| 9/16/09 | Mellon Bank | SVFII | 006-607314-2 | Wire | Delaware Department of State | LP Tax | 371.00 |
| 9/17/09 | Mellon Bank | HVF | 006-607316-7 | Wire | Delaware Department of State | LP Tax | 371.00 |
| 9/18/09 | Mellon Bank | FPCMC | 006-607312-6 | 101 | CorpDirect Agents Inc. | License Reinstatement | 785.00 |
| 9/18/09 | Mellon Bank | SVF | 006-607313-4 | 101 | Florida Department of State | Annual Report | 500.00 |
| 9/18/09 | Mellon Bank | SVFII | 006-607314-2 | 101 | Florida Department of State | Annual Report | 500.00 |
| 9/18/09 | Mellon Bank | HVF | 006-607316-7 | 101 | Florida Department of State | Annual Report | 500.00 |
| 6/30/09 | Mellon Bank | FPCMC | 006-607312-6 | 1 | Executive Development Corp | Naples Rent- June | 4,299.17 |
| 7/8/09 | Mellon Bank | FPCMC | 006-607312-6 | 3 | Executive Development Corp | Naples Rent- June/July | 10,407.89 |
| | | | | | | | $ 18,105.06 |

### DETAIL OF LINE 10e, THIRD-PARTY LITIGATION EXPENSES

| Date | Bank Name | Account Name | Account Number | Ref/Chk # | Payee | Purpose | Amount |
|---|---|---|---|---|---|---|---|
| 7/6/09 | Mellon Bank | FPCMC | 006-607312-6 | Wire | Campbells | Attorney Fees | $ 10,006.00 |
| 7/6/09 | Mellon Bank | FPCMC | 006-607312-6 | Wire | Attride-Stirling & Woloniecki | Attorney Fees | 10,000.00 |
| 9/29/09 | Mellon Bank | FPCMC | 006-607312-6 | Wire | Gregory A. Whittmore | Attorney Fees | 2,000.00 |
| 9/29/09 | Mellon Bank | FPCMC | 006-607312-6 | Wire | Jay L Westbrook | Attorney Fees | 20,000.00 |
| | | | | | | | $ 42,006.00 |

## SCHEDULE 13.1

**STANDARDIZED FUND ACCOUNTING REPORT for Consolidated Founding Partners Entities - Cash Basis**
**Receivership; Civil Court Docket No. 2:09-cv-229-FtM-29SPC**
**Reporting Period 05/20/09 to 9/30/09**

### DETAIL OF LINE 13, ENDING BALANCE

| Entity | Bank Name | Account Number | As of Date | Balance |
|---|---|---|---|---|
| Founding Partners Capital Management Co. | Mellon Bank | 006-607312-6 | 9/30/2009 | $ 337,651.36 |
| Hybrid Value Fund | Mellon Bank | 006-607316-7 | 9/30/2009 | 193,367.12 |
| Stable Value Fund | Mellon Bank | 006-607313-4 | 9/30/2009 | 1,724,722.12 |
| Stable Value Fund II | Mellon Bank | 006-607314-2 | 9/30/2009 | 622,110.71 |
| | | | | $ 2,877,851.31 |