UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-vs-                                                      Case No. 2:09-cv-229-FtM-29DNF

FOUNDING PARTNERS CAPITAL
MANAGEMENT CO., WILLIAM L. GUNLICKS
and PAMELA L. GUNLICKS,

    Defendants,

FOUNDING PARTNERS STABLE-VALUE
FUND, LP, FOUNDING PARTNERS STABLE-
VALUE FUND II, LP, FOUNDING PARTNERS
GLOBAL FUND, LTD., and FOUNDING
PARTNERS HYBRID-VALUE FUND, LP,

    Relief Defendants.
_____

## ORDER

This matter comes before the Court on the Defendant's Sun Capitol Healthcare and Sun Capitol's Emergency Motion to Compel (Doc. #192 ) filed on January 12, 2010. On January 17, 2010, the Defendants withdrew the Motion because it was filed in the instant case by mistake rather than in the companion case <u>Newman v Sun Capitol</u>, 09-cv-445-JES-SPC. Thus, the Motion is now moot.

Accordingly, it is now

**ORDERED:**

The Defendant's Sun Capitol Healthcare and Sun Capitol's Emergency Motion to Compel (Doc. #192 ) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record