UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-vs-                                                Case No. 2:09-cv-229-FtM-29DNF

FOUNDING PARTNERS CAPITAL
MANAGEMENT CO., WILLIAM L. GUNLICKS
and PAMELA L. GUNLICKS,

    Defendants,

FOUNDING PARTNERS STABLE-VALUE
FUND, LP, FOUNDING PARTNERS STABLE-
VALUE FUND II, LP, FOUNDING PARTNERS
GLOBAL FUND, LTD., and FOUNDING
PARTNERS HYBRID-VALUE FUND, LP,

    Relief Defendants.
_____

**ORDER**

This matter comes before the Court on the Motion for Removal From Electronic Notification List by Amanda E. Ballard (Doc. #228) filed on June 23, 2010. Attorney Amanda E. Ballard moves the Court to be removed from the CM/ECF electronic notification list. As grounds, Counsel indicates that she withdrew as Counsel of record for North Shore Community Bank & Trust on January 19, 2010, and no longer requires any notification of activity in this matter. See Doc. #189. A review of the docket shows an Order was not entered approving the withdrawal of Counsel. It appears Counsel left the employment of DLA Piper LLP, and the party continues to be represented by the DLA Piper LLP firm. Having considered the withdrawal, the Court finds good cause and will grant the withdrawal and removal from the CM/ECF notification system.

Accordingly, it is now

**ORDERED:**

The Motion for Removal From Electronic Notification List by Amanda E. Ballard (Doc. #228) is **GRANTED**. Attorney Amanda E. Ballard is granted withdrawal as Counsel of record and shall bear no further responsibility in this case. Further, the Clerk is directed to remove Amanda E. Ballard, Esq., from the electronic notification list.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of June, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record