UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:  2:09-CV-229-FTM-29SPC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

FOUNDING PARTNERS CAPITAL MANAGEMENT
and WILLIAM L. GUNLICKS,

    Defendants,

FOUNDING PARTNERS STABLE-VALUE FUND, LP,
FOUNDING PARTNERS STABLE-VALUE FUND II, LP,
FOUNDING PARTNERS GLOBAL FUND, LTD., and
FOUNDING PARTNERS HYBRID-VALUE FUND, LP,

    Relief Defendants.
_____/

## THE RECEIVER'S NOTICE CONCERNING MAYER BROWN LITIGATION

The Receiver Daniel S. Newman, not individually, but solely in his capacity as the Court-appointed receiver ("Receiver") for Founding Partners Capital Management Company; Founding Partners Stable-Value Fund, L.P.; Founding Partners Stable-Value Fund II, L.P.; Founding Partners Global Fund, Ltd.; and Founding Partners Hybrid-Value Fund, L.P., respectfully submits this notice to the Court concerning the Receiver's litigation against Mayer Brown LLP ("Mayer Brown") in the Circuit Court for the Seventeenth Judicial Court in and for Broward County, Florida, Case No. 10-49061 (the "Mayer Brown Litigation").

1.    On July 9, 2020, the Receiver and Mayer Brown (together, the "Parties") agreed to a settlement in principle ("Potential Settlement") that would resolve the Mayer Brown Litigation.

-2-

2. The Parties have begun the process of documenting the Potential Settlement, the final form of which will be filed with this Court for approval.

3. The Parties gave the trial court in the Mayer Brown Litigation notice of the Potential Settlement on July 15 and requested a stay of the case. The trial court stayed the Mayer Brown Litigation on July 16.

4. The Receiver will provide this Court with notice of any material developments regarding the Potential Settlement. Further, upon finalization of settlement papers, the Receiver will file a motion with the Court seeking an order approving the Potential Settlement and granting any other relief necessary to effectuate the Potential Settlement.

5. The Potential Settlement would not resolve the claims against Ernst & Young, which would continue.

Dated: August 19, 2020.               Respectfully submitted,

**NELSON MULLINS BROAD AND CASSEL**
Attorneys for Receiver
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, FL 33131
Tel: (813) 225-3011
Fax: (813) 204-2137

By: /s/ Jonathan Etra
    Jonathan Etra, Esq.
    Florida Bar No. 0686905
    Christopher Cavallo, Esq.
    Florida Bar No. 0092305

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

                                              By:    /s/ Jonathan Etra      
                                                       Jonathan Etra