UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:09-CV-229-FTM-29SPC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

FOUNDING PARTNERS CAPITAL MANAGEMENT,
and WILLIAM L. GUNLICKS,

    Defendants,

FOUNDING PARTNERS STABLE-VALUE FUND, LP,
FOUNDING PARTNERS STABLE-VALUE FUND II, LP,
FOUNDING PARTNERS GLOBAL FUND, LTD., and
FOUNDING PARTNERS HYBRID-VALUE FUND, LP,

Relief Defendants.

_____/

## ORDER APPROVING RECEIVER'S MOTION
## FOR APPROVAL OF CLAIMS PROCESS FOR NON-INVESTOR CREDITORS

This matter comes before the Court on the Receiver's Motion for Approval of Claims Process for Non-Investor Creditors ("Motion"), filed on September 3, 2020, [D.E. 502]. The Securities and Exchange Commission does not object to the relief sought by the Receiver in the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED;

2. The Court approves the claims administration procedure and timelines set forth in the Motion, including the POC Form and Release;

-2-

3. The Court hereby sets a claims bar date of **10/26**, which is 45 days from the Court's approval of this Motion;

4. The Receiver shall provide notice to non-investor creditors in the form of Notice attached to the Motion, by (a) U.S. mail or, where available, email, (b) publication in <u>The New York Times</u> at least one day a week for two consecutive weeks, and (c) on the Receiver's website;

DONE AND ORDERED in Chambers at Fort Myers, Florida on  Sept. 9th , 2020.

_____
**THE HONORABLE JOHN STEELE**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record