UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:09-CV-229-FTM-29SPC

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

vs.

FOUNDING PARTNERS CAPITAL MANAGEMENT
and WILLIAM L. GUNLICKS,

      Defendants,

FOUNDING PARTNERS STABLE-VALUE FUND, LP,
FOUNDING PARTNERS STABLE-VALUE FUND II, LP,
FOUNDING PARTNERS GLOBAL FUND, LTD., and
FOUNDING PARTNERS HYBRID-VALUE FUND, LP,

      Relief Defendants.

_____/

## NOTICE OF LIMITED APPEARANCE BY STUART Z. GROSSMAN AND RACHEL WAGNER FURST

**PLEASE TAKE NOTICE** that Stuart Z. Grossman, Esq. and Rachel Wagner Furst, Esq. of Grossman Roth Yaffa Cohen, P.A., 2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, FL 33134, are admitted to practice in this Court, and enter their appearance as co-counsel for Receiver, DANIEL S. NEWMAN, for the limited purpose of assisting in the representation of the Receiver in connection with the pending Motion for Approval of Settlement Agreement with Mayer Brown LLP  (D.E. 508).

      **Dated**: November 8, 2020.

                            Respectfully submitted,

                            GROSSMAN ROTH YAFFA COHEN, P.A.
                            Co-Counsel for Receiver

2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, Florida  33134
Tel.:  (305) 442-8666
Fax:  (305) 285-1668

By:   /s/ Stuart Z. Grossman
       STUART Z. GROSSMAN
       Fla. Bar No. 156113
       szg@grossmanroth.com
       RACHEL WAGNER FURST
       Fla. Bar No. 45155
       rwf@grossmanroth.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By:   /s/ Stuart Z. Grossman
STUART Z. GROSSMAN

## CERTIFICATE OF COMPLIANCE

I hereby certify that I and Rachel Wagner Furst are admitted to the United States District Court for the Middle District of Florida and in compliance with the qualifications to practice in this court set forth in Local Rule 2.01 (A).

By:   /s/ Stuart Z. Grossman
STUART Z. GROSSMAN