UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:  2:09-CV-229-FTM-29SPC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

FOUNDING PARTNERS CAPITAL MANAGEMENT
and WILLIAM L. GUNLICKS,

    Defendants,

FOUNDING PARTNERS STABLE-VALUE FUND, LP,
FOUNDING PARTNERS STABLE-VALUE FUND II, LP,
FOUNDING PARTNERS GLOBAL FUND, LTD., and
FOUNDING PARTNERS HYBRID-VALUE FUND, LP,

    Relief Defendants.
_____/

**RECEIVER'S NOTICE CONCERNING CONSENTS
TO SETTLEMENT AGREEMENT WITH MAYER BROWN**

    Receiver Daniel S. Newman, not individually, but solely in his capacity as the Court-appointed receiver ("Receiver") for Founding Partners Capital Management Company ("FPCM"); Founding Partners Stable-Value Fund, L.P.; Founding Partners Stable-Value Fund II, L.P.; Founding Partners Global Fund, Ltd.; and Founding Partners Hybrid-Value Fund, L.P. (collectively, the "Receivership Entities"), respectfully submits this notice ("Notice") concerning consents to the Receiver's Settlement Agreement with Mayer Brown ("Settlement Agreement").

Consistent with the Receiver's Motion for Approval of Settlement Agreement with Mayer Brown ("Motion"), the Receiver requested that the holders of Approved Claims[1] review the Settlement Agreement and, if they have no objection, express their approval of the Settlement Agreement by executing a Consent. See [D.E. 508, Section VIII, p. 33]. Shortly after the Motion was filed, the Receiver sent packages to Approved Claimants containing a copy of the Settlement Agreement and the Consent. While the receipt of Consents from Approved Claimants is not a requirement for the approval of the Settlement Agreement, the Receiver wants to demonstrate to the Court the level of approval from Approved Claimants who will likely benefit upon the Court's allowance of a distribution from the Receivership Estate. The Receiver sent Consent packages to the holders of all 186 Approved Claims.

The Receiver is pleased to report that, as of November 18, 2020, he has received executed Consents from holders of 176 Approved Claims, or approximately **95%**. These Consents represent approximately **97.5% of the total Allowed Amounts**.

The Receiver anticipates receiving additional Consents in the coming days and will provide the Court with one or more updates to these numbers.

---

[1] Holders of Approved Claims are an "Approved Claimant," as defined in the Settlement Agreement, and means "any Person who owns an approved right to receive funds from the Receivership Estate, which right has been determined as a result of the approval of a Proof of Claim in whole or in part by the Court pursuant to the Court's Opinion and Order dated July 3, 2014, Approving Receiver's Recommendations and Fairness of Distribution of FP Designee Interests Pursuant to Section 3(a)(10) of the Securities Laws, reflected as an "Allowed Amount" on Revised Schedule A (SEC Action, ECF No. 417-5)." This "includes any Person (including but not limited to FP Offshore, Credit Value Partners, LLC, and CVP SPV LLC) who did not file or serve a Proof of Claim on his, her, or its own behalf but who has received the benefit or ownership of such Proof of Claim through a transfer that has been acknowledged in writing by the Receiver and in an order entered by the Federal Court."

Dated: November 18, 2020.

>Respectfully submitted,
>
>NELSON MULLINS BROAD AND CASSEL
>Attorneys for Receiver
>One Biscayne Tower, 21st Floor
>2 South Biscayne Boulevard
>Miami, FL 33131
>Tel: (813) 225-3011
>Fax: (813) 204-2137
>
>By: /s/ Jonathan Etra
>    Jonathan Etra, Esq.
>    Florida Bar No. 0686905
>    Christopher Cavallo, Esq.
>    Florida Bar No. 0092305

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

>/s/ Jonathan Etra
>Jonathan Etra, Esq.

## SERVICE LIST

| | |
|---|---|
| **Robert K. Levenson, Esq.**<br>Miami Regional Trial Counsel<br>Securities and Exchange Commission<br>801 Brickell Avenue, Suite 1800<br>Miami, FL  33131<br>305-982-6341 (direct dial)<br>305-536-4154 (facsimile)<br>levensonr@sec.gov<br>*Counsel for U.S. Securities and*<br>*Exchange Commission*<br>*Service via CM/ECF* | **Gabrielle D'Alemberte, Esq.**<br>The D'Alemberte Trial Firm, P.A.<br>1749 N.E. Miami Ct.<br>Suite 301<br>Miami, FL 33132<br>gabrielle@dalemberte.com<br>*Counsel for William & Pamela Gunlicks*<br>*Service via CM/ECF* |