UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.     Case No: 2:09-cv-229-FtM-29CM

FOUNDING PARTNERS STABLE-VALUE FUND, LP, FOUNDING PARTNERS STABLE-VALUE FUND II, LP, FOUNDING PARTNERS GLOBAL FUND, LTD, FOUNDING PARTNERS HYBRID-VALUE FUND, LP, PAMELA L GUNLICKS, and REGIONS BANK,

    Defendants.

## ORDER

This matter comes before the Court on the Receiver's Thirteenth Application for Allowance and Payment of Fees and Expenses (Doc. #518) filed on January 15, 2021. The Securities and Exchange Commission has reviewed the application and does not object to the motion. The Court granted a twelfth application on July 15, 2010. A Eleventh Status Report (Doc. #500) was filed on July 8, 2020.

The Receiver seeks authorization to pay (a) Nelson Mullins Broad and Cassel, as the Receiver's primary counsel, for reasonable attorneys' fees and costs; (b) Berkowitz Pollack & Brant, the Receiver's accountants, for reasonable fees and costs; and (c) Capital Road, LLC, the Receiver's consultant regarding Hybrid

Value holdings. The Receiver specifically seeks a total of $246,243.19, comprised of: (a) $182,362.30 in legal fees and costs for Nelson Mullins Broad and Cassel; (b) $53,555.89 in professional fees and costs to Berkowitz Pollack & Brant; and (c) $10,325.00 in professional fees and costs to Capital Road. Attached to the application are a summary of professional time and invoices, and detailed expense reports for the costs. (Doc. #518, Exhs. 1-3.)

Having reviewed the application and supporting documents, the Court will grant the motion for the total amount requested to the extent the funds are available.

Accordingly, it is hereby

**ORDERED:**

The Receiver's Thirteenth Application for Allowance and Payment of Fees and Expenses (Doc. #518) is **GRANTED** as set forth above.

**DONE and ORDERED** at Fort Myers, Florida, this ___19th___ day of January, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record