UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:09-CV-229-FTM-29SPC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

FOUNDING PARTNERS CAPITAL MANAGEMENT
and WILLIAM L. GUNLICKS,

    Defendants,

FOUNDING PARTNERS STABLE-VALUE FUND, LP,
FOUNDING PARTNERS STABLE-VALUE FUND II, LP,
FOUNDING PARTNERS GLOBAL FUND, LTD., and
FOUNDING PARTNERS HYBRID-VALUE FUND, LP,

    Relief Defendants.
_____/

## RECEIVER'S NOTICE OF COMPLIANCE WITH AMENDED PRELIMINARY APPROVAL OF SETTLEMENT AND SCHEDULING ORDER

Receiver Daniel S. Newman, not individually, but solely in his capacity as the Court-appointed receiver ("Receiver") for Founding Partners Capital Management Company ("FPCM"); Founding Partners Stable-Value Fund L.P.; Founding Partners Stable-Value Fund II, L.P.; Founding Partners Global Fund, Ltd.; and Founding Partners Hybrid-Value Fund, L.P. (collectively, the "Receivership Entities"), hereby gives notice that he has complied in full with subparts (a) and (b) of Section III of the Court's Preliminary Approval of Settlement and Scheduling Order, dated November 27, 2020 (the "Preliminary Order") (D.E. 514).

Pursuant to the Preliminary Order, the Receiver timely sent the form of the Notice approved by the Court (Exhibit F to the Settlement Agreement) to all Bar Order Parties using the contact

1

information in the Receiver's files, and to all counsel of record for any party in the SEC Action or the Litigation.

Pursuant to the Preliminary Order, the Receiver also timely posted on the Receiver's website (http://www.foundingpartners-receivership.com) the Settlement Agreement, the Motion, the Preliminary Order, the Notice, and all exhibits and appendices to those documents.

The deadline for objections to the Settlement Agreement was December 31, 2020. No objections were filed with the Court, and none were sent to the Receiver's office.

Dated: January 20, 2021.

Respectfully submitted,

NELSON MULLINS BROAD AND CASSEL
Attorneys for Receiver
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, FL 33131
Tel: (813) 225-3011
Fax: (813) 204-2137

By: /s/ Jonathan Etra
　　　Jonathan Etra, Esq.
　　　Florida Bar No. 0686905
　　　Christopher Cavallo, Esq.
　　　Florida Bar No. 0092305

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

By: /s/ Jonathan Etra
Jonathan Etra, Esq.

## SERVICE LIST

| | |
|---|---|
| **Robert K. Levenson, Esq.**<br>Miami Regional Trial Counsel<br>Securities and Exchange Commission<br>801 Brickell Avenue, Suite 1800<br>Miami, FL  33131<br>305-982-6341 (direct dial)<br>305-536-4154 (facsimile)<br>levensonr@sec.gov<br>*Counsel for U.S. Securities and*<br>*Exchange Commission*<br>*Service via CM/ECF* | **Gabrielle D'Alemberte, Esq.**<br>The D'Alemberte Trial Firm, P.A.<br>1749 N.E. Miami Ct.<br>Suite 301<br>Miami, FL 33132<br>gabrielle@dalemberte.com<br>*Counsel for William & Pamela Gunlicks*<br>*Service via CM/ECF* |
| **Stuart Z. Grossman**<br>**Rachel W. Furst**<br>Grossman Roth Yaffa Cohen<br>2525 Ponce de Leon Blvd., Suite 1150<br>Coral Gables, Florida 33134<br>Tel: 305.442.8666<br>Fax: 305.285.1668<br>**Co-counsel for the Receiver** | |