UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                Case No:  2:09-cv-229-FtM-29NPM

FOUNDING PARTNERS STABLE-VALUE FUND, LP, FOUNDING PARTNERS STABLE-VALUE FUND II, LP, FOUNDING PARTNERS GLOBAL FUND, LTD, FOUNDING PARTNERS HYBRID-VALUE FUND, LP, PAMELA L GUNLICKS, and REGIONS BANK,

    Defendants.

_____

## ORDER APPROVING RECEIVER'S PROPOSED OBJECTION PROCEDURE

This matter comes before the Court on the Receiver's Motion for Court Approval of the Receiver's Recommendations Concerning Claims and Proposed Objection Schedule (Doc. #521) filed on January 25, 2021.  The Securities and Exchange Commission does not object to the relief sought by the Receiver in this motion.  The Court approves the objection procedures set forth by the Receiver, and takes the Receiver's Motion for Court Approval of the Receiver's Recommendations Concerning Claims under advisement pending completion of the objection procedures.

    Accordingly, it is hereby

    **ORDERED**:

1. The Receiver's Proposed Objection Schedule (Doc. #521) is approved to the extent that the following objection procedure is adopted:

   (a) Claimants shall have until **March 1, 2021** to file objections in writing to the Receiver's Motion for Court Approval of the Receiver's Recommendations Concerning Claims (Doc. #521). Claimants shall both file their objections with the Court and serve their objection to the Receiver by email, care of Christopher Cavallo, Esq. (chris.cavallo@nelsonmullins.com) and Trish Anzalone (trish.anzalone@nelsonmullins.com).

   (b) If a Claimant does not object within the time frame provided in paragraph 1(a), the Receiver's recommendations will be deem sustained with prejudice as to that Claimant, and the right of that Claimant to object will be deemed irrevocably waived.

   (c) The Receiver shall file his responses to timely filed Claimant objections on or before **April 1, 2021.**

   (d) The Court may set a hearing date on objections after the Receiver's deadline to file responses. If no hearing is set, the Court will resolve the Receiver's Motion for Court Approval of the Receiver's

Recommendations Concerning Claims (Doc. #521) based on the written materials which have been timely filed.

(e) The Receiver shall serve a copy of this Order on each Claimant by mail or email using the most recent contact information available to him, and shall post a copy of this Order on the Receivership website.

2. The Motion for Court Approval of the Receiver's Recommendations Concerning Claims is **TAKEN UNDER ADVISEMENT** pending the completion of the objection schedule set forth above.

**DONE and ORDERED** at Fort Myers, Florida, this 29th day of January, 2021.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 3 -