UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:09-CV-229-JES-CM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

FOUNDING PARTNERS CAPITAL MANAGEMENT
and WILLIAM L. GUNLICKS,

    Defendants,

FOUNDING PARTNERS STABLE-VALUE FUND, L.P.,
FOUNDING PARTNERS STABLE-VALUE FUND II, L.P.,
FOUNDING PARTNERS GLOBAL FUND, LTD., and
FOUNDING PARTNERS HYBRID-VALUE FUND, L.P.,

    Relief Defendants.

_____/

## ORDER APPROVING RECEIVER'S PROPOSED OBJECTION PROCEDURE

This matter comes before the Court on the Receiver's Motion for Court Approval of the Interim Distribution of Funds ("Motion") (Doc. #531) filed on March 31, 2021.

The Securities and Exchange Commission does not object to the relief sought by the Receiver in the Motion. The Court approves the objection procedures set forth by the Receiver and takes the Receiver's Motion under advisement pending completion of the objection procedures.

Accordingly, it is hereby

ORDERED:

1. The Receiver's Proposed Objection Schedule (Doc. #531, pp. 5-6) is approved to the extent that the following objection procedure is adopted:

    a. Approved Claimants shall have 14 days from the date of this order to file an objection with the Court.

    b. If Approved Claimants do not object within the time frame provided in paragraph 1(a), the Receiver's Motion will be deemed sustained with prejudice as to that Approved Claimant, and the right of the Approved Claimant to object will be deemed irrevocably waived.

    c. The Receiver shall file any responses to timely filed Approved Claimant objections within 10 days of the objection deadline.

    d. The Court may set a hearing date on objections. If no hearing date is set, the Court will resolve the Receiver's Motion based on the written materials that have been timely filed.

    e. The Receiver shall serve on Approved Claimants, by mail or email, a copy of this Motion, proposed order, applicable claim numbers, and a written notice stating that deadlines for objection will be set by the Court. The Receiver shall also publish this Motion, the proposed order, and the same written notice on the Receivership website at www.foundingpartners-receivership.com.

2. The Receiver's Motion is TAKEN UNDER ADVISEMENT pending completion of the objection schedule set forth above.

DONE AND ORDERED in Fort Myers, Florida, on this __5th__ day of April, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record